Case 1:21-cv-01070-JL   Document 1-1   Filed 12/15/21   Page 1 of 5

Exhibit A

Filed
File Date: 11/5/2021 2:49 PM
Hillsborough Superior Court Northern District
E-Filed Document

THE STATE OF NEW HAMPSHIRE
HILLSBOROUGH COUNTY SUPERIOR COURT NORTH
DOCKET NO. 216-2021-CV-00688

ZJBV PROPERTIES LLC

V.

MAMMOTH TECH, INC.,
FORMERLY KNOWN AS CREDIT ADJUSTMENTS, INC.

**COMPLAINT FOR DAMAGES**

NOW COMES, ZJBV Properties LLC, a New Hampshire Limited Liability Company, with a mailing address of 300 Gay Street, Manchester, NH 03103 and complain against Mammoth Tech, Inc., formerly known as Credit Adjustments, Inc., an Ohio Corporation with a principal office at 1250 Geneva Blvd., Defiance, Ohio 43512, and says as follows:

1. Maple Valley Manchester Partners, LLC ("Maple Valley") entered into a Lease Agreement with Credit Adjustments, Inc. ("Credit Adjustments") dated on or about August, 2013 commencing on October 1, 2013 and ending on September 30, 2023 for the property located 228 Maple Street, 2nd Floor, Suite 200, Manchester, New Hampshire ("Premises").

2. The Lease Agreement is a Triple Net Lease with Annual Base Rent in year 1 in the amount of $36,510.50.

3. On March 13, 2015 Maple Valley and Credit Adjustments entered into a First Amendment which made changes to the term which now extended to December 31, 2025, added Suite 400 to Premises and added Annual Base Rent for Suite 400 at $39,923.70 for Year 1.

4.  Maple Valley assigned its rights in said Lease Agreement to Velagala Estates, LLC regarding Premises.

RECEIVED NOV 23 2[...]

5.  On March 1, 2018, Velagala Estates, LLC entered a Second Amendment with Credit Adjustments which again expanded the Premises to include Suite 300 and added Annual Base Rent for Suite 300 at $19,488.00 in Year 1.

6.  On April 3, 2019 Velagala Estates, LLC assigned its Interest in Lease Agreement dated on or about August, 2013 as Amended by First Amendment dated March 13, 2013 and as Amended by Second Amendment dated March 1, 2018 ("Lease with Amendments") to ZJBV Properties, LLC ("ZJBV Properties") regarding Premises.

7.  On April 5, 2021, Credit Adjustments filed an Amended Certificate of Authority for Profit Foreign Corporation stating that Credit Adjustments, Inc. changed its name to Mammoth Tech, Inc. ("Mammoth Tech").

8.  By letter dated August 4, 2021 Counsel for Credit Adjustments notified ZJBV Properties that it was vacated the Premises and terminating rent payments effective August 31, 2021.

9.  The termination by Credit Adjustments alleged a breach of claimed HVAC maintenance obligations of ZJBV Properties.

10. ZJBV Properties disputes that it breached any claimed HVAC maintenance obligations.

11. Credit Adjustments had substantially vacated the Premises due to COVID long before August 31, 2021.

## COUNT I (BREACH OF CONTRACT)

12.   ZJBV Properties reincorporates the allegations of Paragraphs 1 to 11 herein.

RECEIVED NOV 23 2

13.   Mammoth Tech wrongfully and without justifiable cause terminated the Lease with Amendments.

14.   Mammoth Tech breached its obligations under Lease with Amendments by failing to pay monthly rent commencing on October 1, 2021 in the amount of $18,370.48.

15.   Due to Mammoth Tech's breach of Lease with Amendments, ZJBV Properties has suffered damages including, but not limited to, back rent, CAM charges due through December 31, 2025, late charges, reasonable attorneys' fees and all other expenses that ZJBV Properties is entitled to recover under the terms of Lease with Amendments.

WHEREFORE, ZJBV Properties, LLC respectfully requests that this Honorable Court grant the following relief:

A.   Find that Mammoth Tech, Inc., formerly known as Credit Adjustments, Inc. breached the parties' Lease Agreement as twice amended by failing to pay rent and other charges due for October 1, 2021 through the end of the term of the Lease.

B.   Enter Judgment against Mammoth Tech, Inc. for all damages incurred by ZJBV Properties, LLC including for base rent, CAM charges, late fees, reasonable attorneys' fee and all other expenses that ZJBV Properties, LLC is entitled to recover under the terms of the parties Lease Agreement as twice amended.

C.   For such other and further relief as this Court deems just and necessary.

RECEIVED NOV 23 2021

Respectfully submitted,
ZJBV PROPERTIES, LLC

Dated: November 5, 2021

BRIAN J. THIBEAULT, Manager

THE STATE OF NEW HAMPSHIRE
ROCKINGHAM COUNTY, SS.

Subscribed and sworn to before me on this 5th day of November, 2021, by Brian J. Thibeault, Manager of ZJBV Properties, LLC, and acknowledged the foregoing to be true to the best of his knowledge and belief.

Notary Public
Printed Name: Daniel R. Hartley
My Commission expires: 3/8/2022
Seal

Attorneys for the Plaintiff
ZJBV PROPERTIES, LLC
CASASSA LAW OFFICE

By:

Daniel R. Hartley, Esquire
459 Lafayette Road
Hampton, NH 03842
(603) 926-6336 Phone
(603) 926-4127 Facsimile
dhartley@casassalegal.com
NH Bar # 8792

4

# Merrimack County Sheriff's Office
DAVID A. CROFT
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

MAMMOTH TECH, INC FKA CREDIT ADJUSTMENTS, INC
2 1/2 BEACON ST    141
CONCORD, NH 03301

RECEIVED NOV 23 21

AFFIDAVIT OF SERVICE

MERRIMACK, SS                                   DATE: November 17, 2021

I, DEPUTY JENNIFER L BOUCHER, on this day at __1419__ a.m./p.m., summoned the within named defendant MAMMOTH TECH, INC., F/K/A CREDIT ADJUSTMENTS INC., by leaving at the office of Registered Agent Business Filings Incorporated, 2 1/2 Beacon Street, Ste 141, Concord, said County and State of New Hampshire, its true and lawful agent for the service of process under and by virtue of Chapter 293-A, NH RSA as amended, a true and attested copy of this Summons in a Civil Action with Notice of Defendant amd Complaint for Damages.

FEES

    Service   $30.00
    Postage     1.00
    Travel     15.00
               ------
TOTAL         $46.00

A TRUE COPY ATTEST:

*(signature)*

**DEPUTY BOUCHER**
Merrimack County Sheriff's Office

*(signature)*

DEPUTY JENNIFER L BOUCHER
Merrimack County Sheriff's Office