Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ZJBV Properties, LLC )<br>)<br>Plaintiff )<br>v. )<br>)<br>Mammoth Tech, Inc. )<br>)<br>Defendant )<br>) | Case No. _____<br><br>JURY TRIAL DEMANDED |

**NOTICE OF REMOVAL TO PLAINTIFF ZJBV PROPERTIES LLC
c/o ITS COUNSEL OF RECORD**

TO:   ZJBV Properties LLC
       c/o Daniel R. Hartley, Esq.
       459 Lafayette Road
       Hampton, N.H. 03842

    Defendant Mammoth Tech, Inc. hereby gives notice that a civil action entitled *ZJBV Properties LLC v. Mammoth Tech, Inc.*, Docket No. 216-2021-CV-00688, Hillsborough Superior Court, Northern District, has been removed to the United States District Court for the District of New Hampshire. A copy of that Notice of Removal and the Notice to the Hillsborough County Superior Court – Northern District, are enclosed herewith.

                                                  Respectfully Submitted
                                                  Mammoth Tech, Inc.
                                                  By its attorneys,
                                                  Lehmann Major List, PLLC

                                                  */s/Richard J. Lehmann*
December 15, 2021                     _____
                                                  Richard J. Lehmann (Bar No. 9339)
                                                  6 Garvins Falls Road
                                                  Concord, N.H. 03301
                                                  (603) 731-5435
                                                  rick@nhlawyer.com

## CERTIFICATION

      I hereby certify that a copy of this pleading was this day forwarded to counsel for the plaintiff Daniel R. Hartley, Esquire, Casassa Law Office, 459 Lafayette Road, Hampton, N.H. 03842.

                                                */s/Richard J. Lehmann*

                                                Richard J. Lehmann