UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ZJBV Properties, LLC )<br>)<br>    Plaintiff )<br>v. )<br>)<br>Mammoth Tech, Inc. )<br>)<br>    Defendant )<br>) | Case No. 1:21-CV-01070-JL<br><br>JURY TRIAL DEMANDED |

## **DEFENDANT'S STATEMENT REGARDING MEDIATION**

NOW COMES the defendant, Mammoth Tech, Inc., by and through counsel, and respectfully submits this mediation statement in response to the Court's Order dated July 13, 2022, and in support thereof states as follows:

1. Counsel for the parties have discussed the potential for resolution of this matter by way of settlement.

2. The defendant closed its doors and its business effective March 2, 2022, a fact that undersigned counsel has communicated to counsel for the Plaintiff. As a result, the availability of funds for any settlement is extremely limited, to the extent that any such funds exist at all.

3. Without further discovery, it does not appear that mediation will be fruitful at this time. This does not mean that mediation might not be helpful in the future.

|  |  |
|---|---|
|  | Respectfully Submitted<br>MAMMOTH TECH, INC.<br>By its attorneys,<br>Lehmann Major List, PLLC |
| July 27, 2022 | */s/Richard J. Lehmann*<br>_____<br>Richard J. Lehmann (Bar No. 9339)<br>6 Garvins Falls Road<br>Concord, N.H. 03301<br>(603) 731-5435<br>rick@nhlawyer.com |

## CERTIFICATION

I hereby certify that a copy of this pleading was this day forwarded to Attorney Roy Tillson via the courts ECF system and via email.

|  |  |
|---|---|
| July 27, 2022 | */s/Richard J. Lehmann*<br>_____<br>Richard J. Lehmann |