UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ZJBV Properties, LLC, ) | |
| ) | |
| *Plaintiff*, ) | Civil No. 1:21-cv-01070-JL |
| ) | |
| v. ) | |
| ) | |
| Mammoth Tech, Inc., ) | |
| ) | |
| *Defendant*. ) | |

**PLAINTIFF'S STATEMENT REGARDING MEDIATION**

NOW COMES the Plaintiff, ZJBV Properties, LLC ("ZJBV"), by and through counsel, Bernstein, Shur, Sawyer & Nelson, P.A., and hereby submits a statement regarding the status of mediation as follows:

1. On or around April 5, 2022, ZJBV propounded its First Set of Interrogatories and First Request for Production of Documents on the Defendant, Mammoth Tech, Inc. ("Mammoth Tech").

2. On or around May 18, 2022, Mammoth Tech's counsel filed an Assented-to Motion to Withdraw, which was granted on May 24, 2022. [Dock. No. 15.]

3. On or around June 3, 2022, ZJBV filed a Motion for Default against Mammoth Tech for its failure to answer the written discovery requests. [Dock. No. 17.]

4. On or around June 28, 2022, the Court entered an Endorsed Order, in which it set July 12, 2022 as the deadline for Mammoth Tech to file an Objection to the Motion for Default.

5. On or around July 11, 2022, Mammoth Tech's former counsel entered an Appearance in the above-captioned matter and filed an Objection to the Motion for Default. [Dock. Nos. 18, 19.]

6. On or around July 12, 2022, the Court granted Mammoth Tech's Objection to the Motion for Default and set Mammoth Tech's deadline to file a response to ZJBV's First Set of Interrogatories as August 2, 2022.

7. At this time, ZJBV awaits interrogatory responses from Mammoth Tech.

8. As a result, it is ZJBV's position that mediation would be premature. However, ZJBV does not object to participating in a mediation after the Parties pursue additional discovery.

                                               Respectfully submitted,
                                               ZJBV Properties LLC

                                               By and through its counsel,
                                               Bernstein, Shur, Sawyer & Nelson, P.A.

Dated: July 28, 2022                            /s/ Hilary Holmes Rheaume, Esq.
                                               Roy W. Tilsley, Jr., Esq., NH Bar No. 9400
                                               Hilary Holmes Rheaume, Esq., NH Bar No. 265510
                                               670 N. Commercial St., Suite 108
                                               P.O. Box 1120
                                               Manchester, New Hampshire 03105
                                               T: (603) 623-8700
                                               F: (603) 623-7775
                                               rtilsley@bernsteinshur.com
                                               hrheaume@bernsteinshur.com

## CERTIFICATE OF SERVICE

I certify that on this 28th day of July, 2022, I provided a true and exact copy of the foregoing to all counsel of record.

                                               /s/ Hilary Holmes Rheaume, Esq.
                                               Hilary Holmes Rheaume, Esq.