UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ZJBV Properties, LLC,            )<br>                                              )<br>       *Plaintiff*,                         )<br>                                              )<br>v.                                           )<br>                                              )<br>Mammoth Tech, Inc.,              )<br>                                              )<br>       *Defendant*.                     )<br>                                              ) | Civil No. 1:21-cv-01070-JL |

**JOINT STATEMENT ON MEDIATION**

NOW COMES the Plaintiff, ZJBV Properties, LLC ("ZJBV"), together with the Defendant, Mammoth Tech, Inc. ("Mammoth Tech"), and hereby file a Joint Statement on Mediation as follows:

1. On or around October 31, 2022, the Parties filed a Joint Statement on Mediation, in which they notified the Court that they intended to schedule and participate in a mediation on or before December 30, 2022.

2. On or around November 2, 2022, the Court entered an Order, in which it instructed the Parties to file an "updated mediation statement on or before January 3, 2023."

3. Counsel subsequently discussed mediation dates and potential mediators.

4. On or around November 29, 2022, ZJBV filed a Complaint and Motion for Ex Parte Real Estate Attachment against the Guarantor of the Lease Agreement at-issue in the above-captioned matter in the Hillsborough County Superior Court-Northern District.

5. On or around December 5, 2022, Mammoth Tech's counsel notified ZJBV's counsel that, in light of ZJBV's decision to file a Motion for Ex Parte Real Estate Attachment, mediation would likely not be productive at this time.

6. As a result, the Parties have not scheduled a mediation in the above-captioned matter.

7. The Parties intend to revisit mediation at a later date.


| /s/ Hilary H. Rheaume | /s/ Richard J. Lehmann |
|---|---|
| Roy W. Tilsley, Jr., Esq., NH Bar No. 9400 | Richard J. Lehmann, Esq., NH Bar No. 9339 |
| Hilary H. Rheaume, Esq., NH Bar No. 265510 | Lehmann Major List, PLLC |
| Bernstein, Shur, Sawyer & Nelson, P.A. | 6 Garvins Falls Road |
| 670 N. Commercial St., Suite 108 | Concord, NH 03301 |
| P.O. Box 1120 | T: (603) 731-5435 |
| Manchester, New Hampshire 03105 | rick@nhlawyer.com |
| T: (603) 623-8700 | |
| rtilsley@bernsteinshur.com | |
| hrheaume@bernsteinshur.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of January, 2023, I provided a true and exact copy of the foregoing to all counsel of record.

/s/ Hilary H. Rheaume
Hilary Holmes Rheaume, Esq.