UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| ZJBV Properties, LLC | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:21-CV-01070-JL |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Mammoth Tech, Inc. | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### AFFIDAVIT OF RICHARD LEHMANN

NOW COMES Richard J. Lehmann, Esq., who upon his oath does depose and say:

1. I am an adult resident of the State of New Hampshire.

2. I am the attorney for the defendant in the above-captioned matter and a member of the New Hampshire bar in good standing.

3. I certify that attached at Exhibits 1-36, 40, and 42-46, are true and accurate copies of documents that have been exchanged and provided through the discovery process.

4. I certify that attached at Exhibit 37 is a copy of a government record obtained from the City of Manchester public website.

5. I certify that attached at Exhibit 39 is a true and accurate excerpted copy of a deposition taken in this matter.

6. I certify that, through this pleading, when I represent that the plaintiff did not respond to emails addressed to it by employees of the defendant, that I am making that assertion in good faith based on my review of the documents produced in the discovery process.

7.  Further, the affiant sayeth not.

Date: 4/24/23

Richard Lehmann

STATE OF NEW HAMPSHIRE

COUNTY OF MERRIMACK

Personally appeared before me the above-named Richard Lehmann, known to me or satisfactorily proven to be the person whose name is subscribed above this twenty-~~third~~ fourth day of April, 2023, and acknowledged the foregoing to be true to the best of his knowledge and belief.

Before me,

Notary Public/Justice of the Peace